IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THOMAS CAFFREY,
ADC #98459                                                                                     PLAINTIFF

v.                                        5:09CV00312JMM/HLJ

GREGG MOORE, et al.                                             DEFENDANTS

<u>ORDER</u>

Plaintiff's motion to voluntarily dismiss this action, without prejudice, and for a refund of the $350.00 filing fee (DE #6), is hereby GRANTED. The Clerk is directed to forward to plaintiff the $350.00 filing fee, which was paid on October 21, 2009.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this <u>20th</u> day of <u>November</u>, 2009.

_____
United States District Judge