IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THOMAS CAFFREY,
ADC #98459                                                                                    PLAINTIFF

v.                                            5:09CV00312JMM/HLJ

GREGG MOORE, et al.                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this  20 th  day of   November , 2009.

_____
United States District Judge

1